USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

CHINA NATIONAL CHARTERING CORP.,
                            Plaintiff,

        - v -                                    **ORDER**

DT RESOURCE LIMITED,                             08 Civ. 9431 (NRB)
                            Defendant.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the complaint in this action was filed on November 12, 2008; and

**WHEREAS** Process of Maritime Attachment and Garnishment was issued against, <u>inter alia</u>, funds and property belonging to, due or being transferred to, from or for the benefit of defendant in the amount of $2,970,665.27 on November 24, 2008; and

**WHEREAS** an Addendum to the Order for the Process of Maritime Attachment was ordered by the Court on November 24, 2008 giving plaintiff notice that the attachment would be vacated if no funds were attached within 120 days; and

**WHEREAS** plaintiff's counsel has advised the Court that no funds have been attached as of March 30, 2009; it is hereby

**ORDERED** that this Process of Maritime Attachment and Garnishment is vacated; it is further

**ORDERED** that the Clerk of the Court is respectfully requested to remove this case from the Court's docket.

Dated:   New York, New York
         March 30, 2009

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Plaintiff**

Rahul Wanchoo
Law Offices of Rahul Wanchoo
350 Fifth Avenue, 59th Floor
New York , NY 10118